USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PETER JOHN VIAMONTE,

                          Plaintiff,                        24-CV-6885 (VEC)(SN)

         -against-                                      **ORDER**

GENERAL MOTORS FINANCIAL COMPANY,
INC., et al.,

                          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       Defendant TransUnion, LLC's request for its client representative to appear telephonically at the April 10, 2025 settlement conference is GRANTED. *See* ECF No. 48. Counsel is not excused from in-person attendance.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      March 20, 2025
                 New York, New York