```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PETER JOHN VIAMONTE,

                Plaintiff,

    -against-

GENERAL MOTORS FINANCIAL COMPANY,
INC., EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

                Defendants.
------------------------------------------------------------X

24-CV-6885 (VEC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On April 9, 2025, Plaintiff filed a letter notifying the Court that he reached a preliminary settlement agreement with Trans Union, LLC. ECF No. 52. In light of the Notice of Settlement, Trans Union, LLC is excused from attending the April 10, 2025 settlement conference.

SO ORDERED.

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     April 9, 2025
             New York, New York